UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| STEVEN ALLEN SCHWARZ | ) | No. 15-82394 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

### CERTIFICATE OF MAILING

I, the undersigned, on oath state that on August 26, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

Steven Allen Schwarz
135 S. Walnut Street
Franklin Grove, IL 61031

VIA ECF Filing
Carole Ryczek, Esq.
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

Portfolio Recovery Associates, LLC
Successor to Capital One Bank, USA
(Orchard Bank)
P.O. Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to U.S. Bank National Assoc.
P.O. Box 41067
Norfolk, VA 23541

VIA ECF FILING
Jason Nielson, Esq. Esq.
55 E. Monroe #3400
Chicago, IL 60603

Franklin Grove Bank
108 N. Elm Street
Franklin Grove, IL 61031

Jefferson Capital Systems, LLC
Purchased from Verizon Wireless
P.O. Box 7999
St. Cloud, MN 56302-9617

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com