## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: SCHWARZ, STEVEN ALLEN        § Case No. 15-82394
                                    §
                                    §
                                    §
Debtor(s)                           §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $93,650.00                    Assets Exempt: $24,576.79
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,948.96      Claims Discharged
                                                Without Payment: $56,076.81

Total Expenses of Administration: $4,051.04

---

3) Total gross receipts of $ 11,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $62,212.00 | $10,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,051.04 | 4,051.04 | 4,051.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 81,471.00 | 58,733.77 | 58,733.77 | 6,948.96 |
| **TOTAL DISBURSEMENTS** | $143,683.00 | $72,784.81 | $62,784.81 | $11,000.00 |

4) This case was originally filed under Chapter 7 on September 24, 2015. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2016          By: /s/MEGAN G. HEEG
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account with Franklin Grove Bank | 1129-000 | 873.17 |
| 1976 Chevy Truck | 1129-000 | 440.00 |
| 1986 Dodge Ram Pickup | 1129-000 | 616.00 |
| 2006 Harley Davidson | 1129-000 | 1,584.00 |
| 04 Kenworth Semi | 1129-000 | 6,424.00 |
| Tools | 1129-000 | 446.83 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 616.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Franklin Grove Bank | 4110-000 | 3,800.00 | 10,000.00 | 0.00 | 0.00 |
| NOTFILED | 4 Ocwen LOAN Servicing L | 4110-000 | 57,099.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 Fifth Third BANK | 4110-000 | 1,313.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$62,212.00** | **$10,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,850.00 | 1,850.00 | 1,850.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 5.44 | 5.44 | 5.44 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,077.50 | 2,077.50 | 2,077.50 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 45.21 | 45.21 | 45.21 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.23 | 15.23 | 15.23 |
| Rabobank, N.A. | 2600-000 | N/A | 15.21 | 15.21 | 15.21 |
| Rabobank, N.A. | 2600-000 | N/A | 17.29 | 17.29 | 17.29 |
| Rabobank, N.A. | 2600-000 | N/A | 15.16 | 15.16 | 15.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,051.04 | $4,051.04 | $4,051.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Franklin Grove Bank | 7100-000 | 69,000.00 | 54,106.21 | 54,106.21 | 6,401.46 |
| 2 | Jefferson Capital Systems LLC | 7100-000 | 179.00 | 179.77 | 179.77 | 21.27 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 0.00 | 917.37 | 917.37 | 108.54 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 8,000.00 | 3,530.42 | 3,530.42 | 417.69 |
| NOTFILED | 4 HSBC BANK Nevada N.A. C/O Portfolio Recovery ASS | 7100-000 | 917.00 | N/A | N/A | 0.00 |
| NOTFILED | 2 Chase CARD | 7100-000 | 2,875.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 HSBC Bankruptcy Department | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$81,471.00** | **$58,733.77** | **$58,733.77** | **$6,948.96** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82394  
**Case Name:** SCHWARZ, STEVEN ALLEN  

**Period Ending:** 12/13/16

**Trustee:** (330490)   MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/24/15 (f)  
**§341(a) Meeting Date:** 11/13/15  
**Claims Bar Date:** 04/20/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 135 S. Walnut Street Franklin Grove, IL 61031 (D<br>   Orig. Description: 135 S. Walnut Street Franklin Grove, IL<br>61031<br>(Debtor's Residence); Imported from original petition Doc# 1 | 60,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking account with Franklin Grove Bank<br>   Orig. Description: checking account with Franklin Grove Bank; Imported from original petition Doc# 1 | 100.00 | 873.17 | | 873.17 | FA |
| 3 | Used household goods; TV, DVD player, TV stand,<br>   Orig. Description: Used household goods; TV, DVD player, TV stand,<br>stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs.; Imported from original petition Doc# 1 | 2,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Books, CD's, DVD's, Tapes/Records, Family Pictur<br>   Orig. Description: Books, CD's, DVD's, Tapes/Records, Family Pictures; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel.<br>   Orig. Description: Necessary wearing apparel.; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Rifles<br>   Orig. Description: Rifles; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | 1976 Chevy Truck<br>   Orig. Description: 1976 Chevy Truck; Imported from original petition Doc# 1 | 500.00 | 500.00 | | 440.00 | FA |
| 8 | 1986 Dodge Ram Pickup  (u)<br>   Orig. Description: 1986 Dodge Ram Pickup; Imported from original petition Doc# 1 | 1,200.00 | 700.00 | | 616.00 | FA |
| 9 | 2006 Harley Davidson<br>   Orig. Description: 12006 Harley Davidson; Imported from original petition Doc# 1 | 4,000.00 | 1,800.00 | | 1,584.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82394  
**Case Name:** SCHWARZ, STEVEN ALLEN  

**Period Ending:** 12/13/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/24/15 (f)  
**§341(a) Meeting Date:** 11/13/15  
**Claims Bar Date:** 04/20/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 10  AUTOMOBILES AND OTHER VEHICLES  (u)<br>Orig. Description: 76 Harley Davidson Superglide (my $4,000), 98 Deerson Dump Trailer (my $10,000), 88 International<br>Day Cab (my $5,000), 01 Dodge Ram 1500 (my $2,600); Imported from original petition Doc# 1 | 21,600.00 | 0.00 | | 0.00 | FA |
| 11  FTB - 08 Pontiac G-6, Daughter Drives and Pays<br>Orig. Description: FTB - 08 Pontiac G-6, Daughter Drives and Pays; Imported from original petition Doc# 1 | 3,925.00 | 2,612.00 | | 0.00 | FA |
| 12  04 Kenworth Semi<br>Orig. Description: 04 Kenworth Semi; Imported from original petition Doc# 1 | 15,000.00 | 7,300.00 | | 6,424.00 | FA |
| 13  Tools<br>Orig. Description: Tools; Imported from original petition Doc# 1 | 500.00 | 500.00 | | 446.83 | FA |
| 14  AUTOMOBILES AND OTHER VEHICLES  (u)<br>2001 American Legend trailer (Debtor purchased in 8/21/15 for $900.00 per bill of sale | 0.00 | 0.00 | | 616.00 | FA |
| 15  1976 Harley Davidson FXE motorcycle<br>Debtor originally listed this asset as part of the vehicles/trailers listed as asset 10.  Debtor valued this at 4.000 on original Schedule B | 4,000.00 | 0.00 | | 0.00 | FA |
| 16  2015 tax refunds (state and federal)  (u) | 1,725.00 | 0.00 | | 0.00 | FA |
| 16  Assets    Totals (Excluding unknown values) | **$114,950.00** | **$15,285.17** | | **$11,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     August 30, 2016          **Current Projected Date Of Final Report (TFR):**     August 16, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 15-82394 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** SCHWARZ, STEVEN ALLEN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3666 - Checking Account |
| **Taxpayer ID #:** **-***2611 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 12/13/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/16 | | Steven Schwarz | Compromise interest in assets 2, 7, 8, 9, 12, 13 and 14 | | 11,000.00 | | 11,000.00 |
| | {2} | | Checking account with Franklin Grove Bank    873.17 | 1129-000 | | | 11,000.00 |
| | {7} | | 1976 Chevy Truck    440.00 | 1129-000 | | | 11,000.00 |
| | {8} | | 1986 Dodge Ram Pickup    616.00 | 1129-000 | | | 11,000.00 |
| | {9} | | 2006 Harley Davidson    1,584.00 | 1129-000 | | | 11,000.00 |
| | {12} | | 2004 Kenworth Semi    6,424.00 | 1129-000 | | | 11,000.00 |
| | {13} | | tools    446.83 | 1129-000 | | | 11,000.00 |
| | {14} | | 2001 American Legend trailer    616.00 | 1229-000 | | | 11,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,990.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.23 | 10,974.77 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.21 | 10,959.56 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.29 | 10,942.27 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.16 | 10,927.11 |
| 09/20/16 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,077.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,077.50 | 8,849.61 |
| 09/20/16 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $45.21, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 45.21 | 8,804.40 |
| 09/20/16 | 103 | Franklin Grove Bank | Dividend paid 11.83% on $54,106.21; Claim# 1U; Filed: $54,106.21; Reference: | 7100-000 | | 6,401.46 | 2,402.94 |
| 09/20/16 | 104 | Jefferson Capital Systems LLC | Dividend paid 11.83% on $179.77; Claim# 2; Filed: $179.77; Reference: | 7100-000 | | 21.27 | 2,381.67 |
| 09/20/16 | 105 | Portfolio Recovery Associates, LLC | Dividend paid 11.83% on $917.37; Claim# 3; Filed: $917.37; Reference: NULL | 7100-000 | | 108.54 | 2,273.13 |
| 09/20/16 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 11.83% on $3,530.42; Claim# 4; Filed: $3,530.42; Reference: | 7100-000 | | 417.69 | 1,855.44 |
| 09/20/16 | 107 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,855.44 | 0.00 |
| | | | Dividend paid 100.00%    1,850.00 on $1,850.00;  Claim# ; Filed: $1,850.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    5.44 on $5.44;  Claim# ; Filed: $5.44 | 2200-000 | | | 0.00 |

Subtotals :    $11,000.00    $11,000.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-82394  
**Case Name:** SCHWARZ, STEVEN ALLEN  

**Taxpayer ID #:** **-***2611  
**Period Ending:** 12/13/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 11,000.00 | 11,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,000.00 | 11,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,000.00** | **$11,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3666** | 11,000.00 | 11,000.00 | 0.00 |
| | $11,000.00 | $11,000.00 | $0.00 |